UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD JONES,

    Plaintiff,

v.

                          Case No. 21-cv-11148
                          Hon. Matthew F. Leitman

HEIDI WASHINGTON, *et al.*,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order (1) Overruling Plaintiff's Objections to Report and Recommendation (ECF No. 46); (2) Adopting Recommended Disposition of Report and Recommendation (ECF No. 42); (3) Granting Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (ECF No. 25); and (4) Dismissing Claims against Defendant Rivard Sua Sponte, dated May 30, 2023,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff.

                                                    KINIKIA ESSIX
                                                    CLERK OF COURT

                                      By:    s/Holly Ryan
                                                       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN                         Dated: May 30, 2023
United States District Judge                       Detroit, Michigan